UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN LI,

      Plaintiff,

  v.

MR. WOK MODERN CHINESE CUISINE, INC., *et al.*,

      Defendants.

Case No. 20–cv–06777–ESK

ORDER

**THIS MATTER** having come before the Court on the parties' joint application filed on December 15, 2020 for approval of settlement and release of wage claims (Application) (ECF No. 15); and the Court having reviewed the Application; and for the reasons stated on the record,

**IT IS** on this **21st** day of **December 2020 ORDERED** that:

1. The Application is **GRANTED**. The Confidential Settlement Agreement and General Release between plaintiff and defendants Mr. Wok Modern Chinese Cuisine, Inc. d/b/a Mr. Wok & Sushi and Calvin Wong is approved with respect to plaintiff's waiver and release of any and all rights and claims that plaintiff has under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* and the New Jersey Wage and Hour Law, N.J.S.A. §34:11-56, *et seq.*

2. Such waiver and release shall not be deemed void, invalid, or unenforceable on account of 29 U.S.C. §216(b) or case law decided thereunder.

                                          */s/ Edward S. Kiel*
                                          EDWARD S. KIEL
                                          UNITED STATES MAGISTRATE JUDGE